Columbus Bar Association *v.* Robinson.

[Cite as Columbus Bar Assn. v. Robinson (1979),
59 Ohio St. 2d 62.]

(D. D. No. 79-8—Decided July 18, 1979.)

*Mr. R. Douglas Wrightsel, Mr. Benjamin L. Zox.* and *Ms. Mary Ellen Fairfield,* for relator.
*Mr. Paul L. Thompson,* for respondent.

*Per Curiam.* "One of the fundamental tenets of the professional responsibility of a lawyer is that he should maintain a degree of personal and professional integrity that meets the highest standard. The integrity of the profession can be maintained only if the conduct of the individual attorney is above reproach. * * *" *Cleveland Bar Assn.* v. *Stein* (1972), 29 Ohio St. 2d 77, 81.

After an examination and review of the record in this cause, this court concurs with the findings of fact and rec-

ommendation of the board of commissioners, and respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.